

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 5, 2019

**BY ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

       Re:    *Dwayne Thomas v. United States*, 17-cv-00781 (WHP); *United States v. Dwayne Thomas*, 12-cr-174-02 (WHP)

Dear Judge Pauley:

      The Government submits this letter in response to the Court's order that the parties file a proposed briefing schedule for Mr. Thomas's Section 2255 motion. The parties propose the following joint schedule:

- Thomas's Motion Due:  October 4, 2019
- Government's Opposition Due:  November 4, 2019
- Thomas's Reply Due:  December 4, 2019

                            Respectfully submitted,

                            GEOFFREY S. BERMAN
                            United States Attorney

                        By:  /s/ *Peter J. Davis*
                            Peter J. Davis
                            Assistant United States Attorney
                            Southern District of New York
                            (212) 637-2468

cc:    Alan M. Nelson (by ECF)