UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>DWAYNE THOMAS,<br><br>Defendant. | 12 Cr. 174-2 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Mr. Thomas's motion for a reduction in his sentence, pursuant to 18 U.S.C. § 3582(c)(1)(A).  The Court understands that Mr. Thomas is proceeding *pro se* with this motion.  The Government is hereby ORDERED to submit a response to the motion on or before **April 10, 2025**.  Mr. Thomas may submit a reply on or before **May 9, 2025.**

The Clerk of Court is directed to mail a copy of this Order to Mr. Thomas at the address listed below:

> Dwayne Thomas
> Reg. No. 66440-054
> FCI Berlin
> Federal Correctional Institution
> P.O. Box 9000
> Berlin, NH 03570

SO ORDERED.

Dated:  March 7, 2025
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge